IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAVELLE PATTERSON,<br>    Plaintiff, | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 19-CV-2512 |
| BRAHEEN BUTCHER,<br>    Defendant. | : <br> : <br> : |

**FILED**
JUN 1 4 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 14th day of June, 2019, upon consideration of Plaintiff Lavelle Patterson's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) to the extent that Patterson seeks to assert claims under this Court's federal question jurisdiction.

4. The Complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for lack of subject matter jurisdiction to the extent that Patterson seeks to assert state law claims.

5. The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

_____
MICHAEL M. BAYLSON, J.